## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                      :    Chapter 11
Bostwick Laboratories, *et al.,*                            :    Case No. 17-10570 (BLS)
             Debtors.                                :    (Jointly Administered)
------------------------------------------------------------ X
JAMES PATRICK CARROLL, as Plan                              :
Administrator for the Post-Effective Date Debtors,          :
            Plaintiff,                              :
          v.                                              :    Adv. Pro. No. 19-50166 (BLS)
STERICYCLE INC.,                                            :
            Defendant.                              :
------------------------------------------------------------ X

### STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

It is hereby stipulated and agreed by counsel for the Plaintiff and counsel for the Defendant that the current deadline for the Defendant to file an answer or other response to the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and Disallow Claims Pursuant to 11 U.S.C. § 502(d) be extended from July 8, 2019, to August 5, 2019.

Dated: June 25, 2019

| COLE SCHOTZ P.C. | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP |
|---|---|
| By: */s/ David R. Hurst* | By: */s/ Thomas A. Draghi* |
|     David R. Hurst (No. 3743) |     Thomas A. Draghi |
|     500 Delaware Avenue, Suite 1410 |     1201 RXR Plaza |
|     Wilmington, Delaware 19801 |     Uniondale, New York 11556 |
|     Telephone: (302) 652-3131 |     Telephone: (516) 622-9200 x403 |
|     Facsimile: (302) 652-3117 |     Facsimile: (516) 622-9212 |
|     *Counsel to the Plan Administrator* |     *Counsel to Defendant* |